ADR

FILED

2008 FEB 27 A 10: 59

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Robert Carmelo Torre

              Plaintiff,

vs.

Internal Revenue Service

              Defendant.

CASE NO: C08 01145 RS

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Robert Carmelo Torre _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed?         Yes ___ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1 and wages per month which you received.
2 _____
3 _____
4 _____

5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7    a.   Business, Profession or            Yes ___ No ✔
8         self employment?

9    b.   Income from stocks, bonds,         Yes ___ No ✔
10        or royalties?

11   c.   Rent payments?                     Yes ___ No ✔

12   d.   Pensions, annuities, or            Yes ___ No ✔
13        life insurance payments?

14   e.   Federal or State welfare payments, Yes ✔ No ___
15        Social Security or other govern-
16        ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 Social Security, $1500
20 _____

21  3.   Are you married?                    Yes ___ No ✔
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26  4.   a.   List amount you contribute to your spouse's support:$ _____
27       b.   List the persons other than your spouse who are dependent upon you for support
28            and indicate how much you contribute toward their support. (NOTE: For minor

1         children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2 _____

3 _____

4   5.     Do you own or are you buying a home?       Yes ____ No ✔

5 Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.     Do you own an automobile?       Yes ✔ No ____

7 Make _Ford_____ Year _1980_____ Model _F150_____

8 Is it financed? Yes ____ No ✔ If so, Total due: $_____

9 Monthly Payment: $_____

10   7.     Do you have a bank account? Yes ✔ No ____ (Do not include account numbers.)

11 Name(s) and address(es) of bank: _Washington Mutual, Ocean St., Santa Cruz, California_

12 _____

13 Present balance(s): $ _$800_____

14 Do you own any cash? Yes ____ No ✔ Amount: $_____

15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 market value.)                              Yes ____ No ✔

17 _____

18   8.     What are your monthly expenses?

19 Rent: $ _800_____ Utilities: _150_____

20 Food: $ _600_____ Clothing: _50_____

21 Charge Accounts:

22 | Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| Citiban | $ 75 | $ 1000 |
| Washington Mutual | $ 75 | $ 1000 |
|  | $ | $ |

26   9.     Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable. Do not include account numbers.)

28 _____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✔

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2-4-8
DATE

_[signature]_
SIGNATURE OF APPLICANT