Robert Torre
PO Box 307
Santa Cruz, CA, 95061
831 464-7500
*Pro Se*





### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

Robert Carmelo Torre,　　　　　)　　No. CV 08-01145 RS
　　　　　　　Plaintiff,　　　　)
　　　　　　　　　　　　　　　　)　　EMERGENCY MOTION
v.　　　　　　　　　　　　　　　)　　TO REMOVE LEVY AND
　　　　　　　　　　　　　　　　)　　HALT COLLECTIONS
Internal Revenue Service,　　　 )
　　　　　　　Defendant.　　　　)

COMES NOW PLAINTIFF, Mr. Robert Carmelo Torre, to petition the court to order the Internal Revenue Service (IRS) to remove a levy it has placed upon Mr. Torre's bank account and remove the collections action against plaintiff's Social Security Disability payments.

Since filing this action, and before this Court has had a chance to hear the cast, the IRS has put a levy on Mr. Torre's bank account, freezing Mr. Torre's access to his monies and in an attempt to then collect these monies. The IRS did this on March 14, 2008 and sent notification to Mr. Torre on March 22, 2008, exhibit 1. Mr. Torre does not have any income other than what he receives from his disability payments. Mr. Torre also has no savings. Mr. Torre needs every penny in this bank account to live.

Moreover, the IRS has already placed a collection on these payments of $266.25, see exhibit 2. The present actions of the IRS cut off Mr. Torre from his total Social Security disability and leaves him with nothing to live on. These actions are cruel and unusual, in addition to being malicious, when the case has not had a chance to be heard in a Court of Law.

On top of these malicious actions, the IRS has been refusing to uphold a Judgment by the United States Bankruptcy Court to discharge Mr. Torre of any debts he owes prior to January 20, 2004, exhibit 3. In the recent past month the IRS has received copies of this ruling, in addition to at the time of the action, and has refused to uphold the Order. The levy placed against Mr. Torre is for supposed taxes owed in 2000 and 2001, debts prior to the Bankruptcy ruling.

Mr. Torre filed for bankruptcy when he had nothing left of the settlement from the man that disabled him while waiting for his Social Security relief to kick in. Since that time Mr. Torre has only lived off of Social Security and the generosity of friends and family. Mr. Torre has been disabled since 1992.

It is prayed the Court will Order the IRS to remove the levy and stop the collections on Mr. Torre's Social Security benefits pending the outcome of this case.

Respectfully submitted,                                Dated March 22, 2008.

_____
Robert Carmelo Torre

Page 2    Emergency Motion to Remove Levy and Halt Collection

| Form 8519 | Department of the Treasury - Internal Revenue Service |
|---|---|
| (Rev. January 2001) | **Taxpayer's Copy of Notice of Levy** |

DATE: 03/14/2008

REPLY TO:
ACS SUPPORT
PO BOX 24017
FRESNO, CA 93779-4017

TELEPHONE NUMBER OF IRS OFFICE:
TOLL FREE
WI

SEQNUM 00045

1-800-829-7650

TO:

P       91-1660453

WASHINGTON MUTUAL BANK
ACCOUNT SERVICES
PO BOX 2151
000032   CHATSWORTH, CA   91313

ROBERT TORRE
PO BOX 307
SANTA CRUZ CA 95061-0307072

IDENTIFYING NUMBER(S):
TORR  N  00         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

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-2000 | $ 30,934.87 | $ 2,427.69 | $ 33,362.5 |
| 1040A | 12-31-2001 | $ 76,560.08 | $ 5,925.04 | $ 82,485.1 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUAL RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ➔

Total Amount Due ▶    $ 115,847.6

We figured the interest and late payment penalty to _____ 04-10-2008

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we do not get enough with this one.

**Banks, credit unions, savings and loans, and similar institutions described in Section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days** before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have (or are already obligated for) when they would have paid you.

If you decide to pay the amount you owe now, please **bring** a guaranteed payment (cash, cashier's check, certified check, or money order) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

Signature of Service Representative                     Title

Exhibit 1



**DEPARTMENT OF THE TREASURY**
**FINANCIAL MANAGEMENT SERVICE**
**P.O. BOX 1686**
**BIRMINGHAM, ALABAMA 35201-1686**

**THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS**

02/27/08

ROBERT C TORRE
PO BOX 307
SANTA CRUZ, CA 95061-0307

Dear ROBERT C TORRE:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 5050, Annex 5
PO Box 219236
Kansas City, MO 64121-9236
800-829-7650
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: P43902612
Acct Num: 0555962152302000012
Amount This Creditor:     $266.25
Creditor: 51     Site: MC

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available. Please do not contact the Social Security Administration regarding this reduction made in your Federal payment.

U. S. Department of the Treasury
Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

**PAYMENT SUMMARY**
PAYEE NAME:  ROBERT C TORRE
PAYMENT BEFORE REDUCTION:     $1775.00
TOTAL AMOUNT OF THIS REDUCTION:     $266.25
PAYING FEDERAL AGENCY: Social Security Administration
CLAIM ACCT NUM: 555962152 A

PAYEE TIN: 555962152
PAYMENT DATE: 02/27/08
PAYMENT TYPE: EFT
BENEFICIARY TIN: 555962152

FOR OFFICIAL USE ONLY:   0000026857 P43902612555962152032583073349ALTR-P01ROBE026871

Exhibit 2

Form B18 (Official Form 18)(12/03)

# United States Bankruptcy Court
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

Case No. 04-40449-PBS
Chapter 7

In re: Debtor(s) (name(s) used by the Debtor(s) in the last 6 years, including married, maiden, trade, and address):

Robert Carmelo Torre
PO Box 268
Centralia, WA 98531

Social Security No.:
xxx-xx-2152

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

The Debtor(s) filed a Chapter 7 case on 1/20/04. It appearing that the Debtor is entitled to a discharge,

**IT IS ORDERED:**

The Debtor is granted a discharge under 11 U.S.C. § 727.

BY THE COURT

Dated: 5/5/04

Paul B. Snyder
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Exhibit 3