Robert Torre
PO Box 307
Santa Cruz, CA, 95061
831 464-7500
*Pro Se*



NC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Carmelo Torre,<br>    Plaintiff, | No. CV 08-01145 RS |
| v. | CERTIFICATE OF SERVICE |
| Internal Revenue Service,<br>    Defendant. | |

This is to Certify that one copy of the Emergency Motion to Remove Levy and Halt Collections was sent to the Defendant at the following address:

IRS Collections
PO Box 24017
Fresno CA 93779

on March 22, 2008, postage prepaid. At this time Plaintiff, Mr. Robert Carmelo Torre has yet to hear from the IRS's attorney so service was made directly to the office enacting the Levy and collection actions.

_____
Robert Carmelo Torre