UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **ROBERT CARMELO TORRE,** | NO. C 08-01145 RS |
| Plaintiff(s), | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| vs. | |
| **INTERNAL REVENUE SERVICE,** | |
| Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has sought immediate judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not hear without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for June 18, 2008 at 2:30 p.m. before the Honorable Judge Richard Seeborg has been continued to June 20, 2008 **@ 10:30 a.m.,** before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on June 10, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375 to take this matter off calendar.

Dated: March 26, 2008                    RICHARD W. WIEKING,
                                         Clerk of Court

                                         _____
                                         By:  Martha Parker Brown

Blank.frm                                1

THIS IS TO CERTIFY THAT A COPY OF THIS CLERK'S NOTICE HAS BEEN MAILED TO:

Robert Carmelo Torre
P.O. Box 307
Santa Cruz, CA 95061

Dated: March 26, 2008                                  Richard W. Wieking, Clerk

                                                                                                    By:_____
                                                                                                    Martha Parker Brown,
                                                                                                     Courtroom Deputy