Robert Torre
PO Box 307
Santa Cruz, CA, 95061
831 464-7500
*Pro Se*

**Filed**

APR 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Carmelo Torre,<br>               Plaintiff,<br><br>v.<br><br>Internal Revenue Service,<br>               Defendant. | No. CV 08-01145 RMW<br><br>CERTIFICATE OF SERVICE |

This is to Certify that one copy of the Emergency Motion For Temporary Restraining Order and one copy of the Declaration of Robert Carmelo Torre was sent to the Defendant at the following address:

    IRS Collections
    PO Box 24017
    Fresno CA 93779

on April 14, 2008, postage prepaid.

_____
Robert Carmelo Torre