```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Chief, Tax Division
DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney
 9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone:   (415) 436-6888
  Fax:         (415) 436-6748
```

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **ROBERT CARMELO TORRE,** | No. C-08-01145-RMW |
| **Plaintiff,** | |
| v. | |
| **INTERNAL REVENUE SERVICE,** | **ANSWER OF THE UNITED STATES OF AMERICA** |
| **Defendant.** | |

COMES NOW the defendant United States of America, by and through its counsel of record, Joseph P. Russoniello, United States Attorney for the Northern District of California, Thomas Moore, Assistant United States Attorney, Chief, Tax Division, and David L. Denier, Assistant United States Attorney, and for its answer to plaintiff's complaint, admits, denies and alleges as follows:

Denies each and every allegation of such complaint not admitted, qualified or otherwise specifically referred to below:

Furthering answering, defendants United States of America, says that:

1.  Defendant United States of America admits the allegations contained in the first unnumbered paragraph of the complaint. Defendant alleges that this Court does not have subject matter jurisdiction over plaintiff's complaint.

2.  Denies the allegations contained in the second unnumbered paragraph of the complaint for the reason that defendant United States of America presently lacks knowledge or

**ANSWER OF THE USA**
**(No. C-08-01145-RMW)**    1

1  information sufficient to form a belief as to the truth thereof.

2      3.    Denies the allegations contained in the third unnumbered paragraph of the
3  complaint for the reason that defendant United States of America presently lacks knowledge or
4  information sufficient to form a belief as to the truth thereof.

5      4.    Denies the allegations contained in the forth unnumbered paragraph of the
6  complaint for the reason that defendant United States of America presently lacks knowledge or
7  information sufficient to form a belief as to the truth thereof.

8      5.    Denies the allegations contained in the fifth unnumbered paragraph of the
9  complaint for the reason that defendant United States of America presently lacks knowledge or
10 information sufficient to form a belief as to the truth thereof.

11     6.    Admits the allegations contained in the first sentence of the sixth unnumbered
12 paragraph of the complaint, except alleges that IRS has levied $266.25 of plaintiff's social
13 security benefits.  Denies the remaining allegations contained in the sixth unnumbered paragraph
14 of the complaint for the reason that defendant United States of America presently lacks
15 knowledge or information sufficient to form a belief as to the truth thereof.

16     7.    Denies the allegations contained in the seventh unnumbered paragraph of the
17 complaint for the reason that defendant United States of America presently lacks knowledge or
18 information sufficient to form a belief as to the truth thereof.

19     8.    Denies the allegations contained in the eighth unnumbered paragraph of the
20 complaint for the reason that defendant United States of America presently lacks knowledge or
21 information sufficient to form a belief as to the truth thereof.
22 lacks knowledge or information sufficient to form a belief as to the truth thereof.

23     9.    Denies the allegations contained in the ninth unnumbered paragraph of the
24 complaint for the reason that defendant United States of America presently lacks knowledge or
25 information sufficient to form a belief as to the truth thereof.

26     10.   Denies the allegations contained in the tenth unnumbered paragraph of the
27 complaint for the reason that defendant United States of America presently lacks knowledge or
28 information sufficient to form a belief as to the truth thereof.

**ANSWER OF THE USA**
**(No. C-08-01145-RMW)**                                     2

1    11.    Denies the allegations contained in the eleventh unnumbered paragraph of the complaint for the reason that defendant United States of America presently lacks knowledge or information sufficient to form a belief as to the truth thereof.

12.    Denies the allegations contained in the twelfth unnumbered paragraph of the complaint for the reason that defendant United States of America presently lacks knowledge or information sufficient to form a belief as to the truth thereof.

**WHEREFORE**, having fully answered each and every allegation contained in plaintiff's complaint, defendant United States of America prays that:

1. Plaintiff take nothing by his complaint;
2. Plaintiff's complaint and action be dismissed with prejudice;
3. The United States be awarded its costs in suits; and
4. The Court grant such other and further relief as it deems just and equitable in the premises.

JOSEPH P. RUSSONIELLO
United States Attorney


/s/ David L. Denier
DAVID L. DENIER
Assistant United States Attorney
Tax Division

**CERTIFICATE OF SERVICE**

I, **KATHY P. TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

ANSWER OF THE UNITED STATES OF AMERICA

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER)**

____ **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

Robert Carmelo Torre, Pro Se
P.O. Box 307
Santa Cruz, CA 95061

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **May 8, 2008** at San Francisco, California.

          **/s/ Kathy Tat**
          **KATHY P. TAT**
          **Legal Assistant**