JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Acting Chief, Tax Division
DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6888
 Fax:          (415) 436-6748

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT CARMELO TORRE, **Plaintiff,** v. INTERNAL REVENUE SERVICE, **Defendant.** | No. C-08-01145-RMW (RS) UNITED STATES' CASE MANAGEMENT STATEMENT DATE: JUNE 18, 2007 TIME: 2:30 P.M. |

The United States of America submits this Case Management Statement.

**DESCRIPTION OF CASE**

1. A brief description of the events underlying the action:

This is an action brought by the plaintiff, in pro per, contesting the assessment and collection of federal income taxes for the tax years 2000, 2001 and 2002 by the Internal Revenue Service. Based on documents received from the IRS and a conversation with the plaintiff, the undersigned believes that plaintiff sold shares of stock in 2000, 2001 and 2002. Plaintiff did not file income tax returns for those years because he did not believe that he owed any taxes. The IRS received reports of those stock sales and based upon the reported sales amounts filed substitute returns for the plaintiff pursuant to 26 U.S.C. § 6020(b), determined tax liabilities, assessed those tax liabilities and commenced collection action. It is not clear what, if any, contact that plaintiff had with the IRS during this process.

1    Plaintiff asserts that any gains that he may have had during these years were offset
2 completely by losses such that he had a net loss from any stock transactions and no income tax
3 due for those years.
4    2. The principal factual issues which the parties dispute:
5        (1) Whether this court has subject matter jurisdiction over plaintiff's complaint?
6        (2) Whether plaintiff has stated claims upon which relief can be granted?
7        (3) Whether the IRS accurately determined plaintiff's income taxes for 2000, 2001 and
8 2002?
9    3. The principal legal issue[s] which the parties dispute:
10       None at this time.
11   4. The other factual issues *[e.g. service of process, personal jurisdiction, subject matter*
12 *jurisdiction or venue]* which remain unresolved for the reason stated below and how the parties
13 propose to resolve those issues:
14       None.
15   5. The parties which have not been served and the reasons:
16       None.
17   6. The additional parties which the below-specified parties intend to join and the intended
18 time frame for such joinder?
19       None.
20   7. The following parties consent to assignment of this case to a United States Magistrate
21 Judge for *[court or jury]* trial:
22       Defendant United States of America consents to assignment of this case to a United
23 States Magistrate Judge.

## ALTERNATIVE DISPUTE RESOLUTION

25   8. *[Please indicate the appropriate response(s).]*
26 ___  The case was automatically assigned to Nonbinding Arbitration at filing and will be ready
          or the hearing by (date) _____.
27
28 ___  The parties have filed a Stipulation and Proposed Order Selecting an ADR process
          (specify process): _____.

U.S.' CMC Statement
No. C-08-01145-RMW(RS)                    2

___   The parties filed a Notice of Need ro ADR Phone Conference and the hone conference was held on or is scheduled for _____.

_X_   The parties have not filed a Stipulation and Proposed Order Selecting an ADR process and the ADR process that the parties jointly request [or a party separately requests] is _____ .

9. Please indicate any other information regarding ADR process or deadline:

If the parties are unable to resolve this dispute between themselves, the government would recommend a settlement conference with a Magistrate Judge.

## DISCLOSURES

10. The parties certify that they have made the following disclosures *[list disclosures of persons, documents, damage computation and insurance agreements]*:

None at this time.

## DISCOVERY

___11. The parties agree to the following discovery plan *[Describe the plan e.g., any limitation on the number, duration or subject matter for various kinds of discovery; discovery from experts; deadlines for completing discovery]*:

At this time, the United States does not anticipate any formal discovery.

## TRIAL SCHEDULE

12. The parties request a trial date as follows:

None at this time

13. The parties expect that the trial will last for the following number of days:

See response to item 12 above.

## SUGGESTED COURSE OF ACTION

The government suggests the following course of action.  It is the opinion of government counsel that there is a likelihood that this case may be resolved through a meeting or meetings between plaintiff and an IRS revenue agent assigned to review the IRS's determinations in light of documentation that plaintiff claims he has and will provide to the IRS.  It appears that the IRS may have made its assessments based upon incomplete information.  The lack of information may in part be due to plaintiff's failure to file federal income tax returns for the years in question.

1  The IRS is willing to allow plaintiff to now submit any pertinent information that he may posses
2  in order to try to resolve this matter.   The government, however, reserves its right to file a
3  motion to dismiss the complaint for lack of subject matter jurisdiction and/or for failure to state a
4  claim upon which relief can be granted should efforts to resolve the matter fail.

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

Dated: June 6, 2008               /s/ David L. Denier
                                              DAVID L. DENIER
                                              Assistant United States Attorney
                                              Tax Division
                                              Attorneys for United States of America

**CERTIFICATE OF SERVICE**

I, **KATHY P. TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

UNITED STATES' CASE MANAGEMENT STATEMENT

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER)**

____ **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

Robert Carmelo Torre, Pro Se
P.O. Box 307
Santa Cruz, CA 95061

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **June 6, 2008** at San Francisco, California.

                                                    **/s/ Kathy Tat**
                                                  **KATHY P. TAT**
                                                  **Legal Assistant**