```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Acting Chief, Tax Division
    DAVID L. DENIER (CSBN 95024)
 4  Assistant United States Attorney
     9th Floor Federal Building
 5   450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
 6   Telephone: (415) 436-6888
     Fax:       (415) 436-6748
 7
    Attorneys for United States of America
 8
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ROBERT CARMELO TORRE, | ) | No. C-08-01145-RMW (RS) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | UNITED STATES' FURTHER CASE MANAGEMENT STATEMENT |
| INTERNAL REVENUE SERVICE, | ) | |
| Defendant. | ) | DATE: AUGUST 8, 2008<br>TIME: 10:30 A.M. |

The United States of America submits this further Case Management Statement. A revenue agent has been assigned to review the assessments made against Mr. Torre for 2000, 2001 and 2002. The following documentation was requested from Mr. Torre: brokerage vouchers, monthly statements and Forms 1099-B, establishing 1) purchase price, 2) sales price and 3) dates of transactions for each of the three tax years. Mr. Torre provided the first page of his annual Fidelity Preferred Services Investment Report for each of those three years. The first page of each report summarizes the account but does not provide the details of each transaction. The details should be reflected on the remaining pages of the annual reports. The government has requested that Mr. Torre provide the remaining pages of each report and provide an explanation of $30,000 in additions to his account in 2001. The government anticipates that Mr. Torre will comply with this request and that the additional information should facilitate a resolution of this case.

The government requests a continuance of the Case Management Conference for an additional sixty (60) days which hopefully will allow the parties to resolve this matter.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: July 31, 2008

/s/ David L. Denier
DAVID L. DENIER
Assistant United States Attorney
Tax Division
Attorneys for United States of America

U.S.' Further CMC Statement
No. C-08-01145-RMW(RS)                       2