**CERTIFICATE OF SERVICE**

I, Edward Solis:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

UNITED STATES' FURTHER CASE MANAGEMENT STATEMENT

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X_  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **PERSONAL SERVICE (BY MESSENGER)**

____  **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

Robert Carmelo Torre
P.O. Box 307
Santa Cruz, CA 95061

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **July 31, 2008** at San Francisco, California.

*/s/ Edward Solis*
**EDWARD SOLIS**
**Legal Assistant**