```
1    Robert Torre
     PO Box 307
2    Santa Cruz CA 95061
     831 464-7500
3    Pro Se
```

FILED

2008 AUG -5 P 3: 17

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Robert Carmelo Torre,<br>Plaintiff,<br><br>v.<br><br>Internal Revenue Service,<br>Defendant. | ) ) ) ) ) ) ) ) ) ) | No. C 08 01145 RMW (RS)<br><br>PLAINTIFF'S CASE<br>MANAGEMENT STATEMENT<br><br>DATE: AUGUST 8, 2008<br>TIME: 10:30 A.M. |
|---|---|---|

Plaintiff, Mr. Robert Carmelo Torre, submits this Case Management Statement. Defendant, the Internal Revenue Service (IRS), has requested information it already has in it's possession regarding Mr. Torre's investment accounts. Fidelity Investments, which handled all of Mr. Torre's investments, provides the IRS with the same information it provides to Mr. Torre regarding the investments he had with Fidelity at the time. The IRS's Large Amounts office did verify this with Mr. Torre earlier this year. As the IRS's latest request is redundant, Mr. Torre does not need to provide the IRS with any more information in this case.

1

1       In regards to the questioned $30,000. The IRS is requesting information regarding Mr. Torre's investments from something that happened 7 years ago. Mr. Torre has no idea what that transaction relates to. Perhaps it was from the way Mr. Torre was moving the money around in his accounts in a failed attempt to prevent severe depreciation of the investment monies he was living off of. Mr. Torre can, however, state it was not from any form of income and must relate relate to monies already in Mr. Torre's possession.

      Since the IRS is requesting redundant information, and Mr. Torre has no intention to provide more such redundant information to the IRS, Plaintiff, Mr. Robert Carmelo Torre, feels that the IRS's request for a 60 day extension is nothing more than a delay tactic to stall this action and Mr. Torre respectfully asks the Court to not grant the extension.

Respectfully Submitted,

_____
Robert Carmelo Torre

Dated: August 3, 2008

**CERTIFICATE OF SERVICE**

I, Robert Carmelo Torre, declare under penalty of perjury that one copy of PLAINTIFF'S CASE MANAGEMENT STATEMENT was sent by First Class US Mail, postage pre-paid, on August 4, 2008 to:

Joseph P. Russoniello
United States Attorney
450 Golden Gate Avenue, 9th Floor
Box 36055
San Francisco CA 94102

_____          DATED: August 3, 2008
Robert Carmelo Torre