**United States District Court**
For the Northern District of California

**E-filed:** 03/26/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT CARMELO TORRE<br><br>  Plaintiff,<br><br>  v.<br><br>INTERNAL REVENUE SERVICE,<br><br>  Defendant. | No. C-08-01145 RMW<br><br>JUDGMENT |

On March 20, 2009, the court entered an order dismissing Torre's complaint for lack of subject matter jurisdiction. Therefore,

Judgment is hereby entered in favor of defendant, and plaintiff is not entitled to any relief by way of his complaint.

DATED: 03/26/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT
No. C-08-01145 RMW
TSF

**Notice of this document was mailed to:**

**Plaintiff:**

Robert Carmelo Torre
POB 307
Santa Cruz, CA 95061

**Notice of this document was e-mailed to:**

**Counsel for the IRS:**

David L. Denier          david.denier@usdoj.gov

**Dated:**   03/26/09                              TSF
                                         **Chambers of Judge Whyte**